1  Cyrus Safa
2  Attorney at Law: 282971
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.office@rohlfinglaw.com
   Attorneys for Plaintiff
6  BRADLEY JENNINGS LITTLE

7

8

9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

12 | BRADLEY JENNINGS LITTLE | ) Case No.: 1:16-cv-00846-SKO
13 |         Plaintiff,      | ) STIPULATION TO EXTEND TIME
   | v.                      | ) TO FILE PLAINTIFF'S OPENING
14 |                         | ) BRIEF
   | NANCY A. BERRYHILL, Acting |
15 | Commissioner of Social Security. | ) (FIRST REQUEST)
16 |         Defendant.      | )

17

18

19     Plaintiff Bradley Jennings Little and Defendant Carolyn W. Colvin, Acting
20 Commissioner of Social Security, through their undersigned attorneys, stipulate,
21 subject to this court's approval, to extend the time by 14 days from February 8,
22 2017 to February 22, 2017 for Plaintiff to file a Plaintiff's Opening Brief, with all
23 other dates in the Court's Order Concerning Review Of Social Security Cases
24 extended accordingly. This is Plaintiff's first request for an extension. This request
25 / / /

26

-1-

is made at the request of Plaintiff's counsel who was out of the office for the majority of the workweek due to an illness.

DATE: February 16, 2017        Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Bradley Jennings Little

DATE:  February 16, 2017

PHILLIP A. TALBERT
*United States Attorney*

/s/ *Jeffrey T. Chen*

BY: _____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

**ORDER**

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time, up to and including February 22, 2017, to file his Opening Brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **February 16, 2017**            /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE